IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| SHIRLYN A. WASHINGTON | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:09cv432-MHS-JDL |
| ARELCO, INC., ET AL | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Order of the Magistrate Judge ("Order"), which contains his denial of default judgment has been presented for consideration (Doc. No.16). The parties have not objected to the Order.

Accordingly, the Court is of the opinion that the Magistrate Judge's findings in the Order are correct. Therefore, the Court hereby adopts the Order of the United States Magistrate Judge as the findings and conclusions of this Court.

It is SO ORDERED.

SIGNED this 29th day of March, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE